UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. KELLEY, JR., | ) 1:11-cv—01505-SKO-HC |
| | ) |
| Petitioner, | ) ORDER TO PETITIONER TO FILE |
| | ) UPDATED ADDRESS INFORMATION AND |
| | ) EXPLANATION WITHIN FOURTEEN (14) |
| v. | ) DAYS OR FACE DISMISSAL OF THE |
| | ) PETITION |
| A Zepp-DO, | ) (DOC. 1) |
| | ) |
| Respondent. | ) DEADLINE: FOURTEEN (14) DAYS |
| | ) AFTER THE DATE OF SERVICE OF THIS |
| | ) ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

Pursuant to Local Rule 183(b), a party appearing in propria persona is required to keep the Court informed of his or her current address at all times. Local Rule 183(b) further provides in pertinent part:

1

>If mail directed to a plaintiff <u>in propria persona</u> by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Review of the Court's docket reveals that in the instant case, the Court's new case documents and consent order were served by mail on Petitioner on September 7, 2011. The Court's order authorizing in forma pauperis status was served by mail on Petitioner on September 8, 2011. On September 21 and 26, 2011, the two sets of documents were returned as undeliverable, not deliverable as addressed, and unable to forward.

It therefore appears that Petitioner has delayed in giving the Court updated address information for over sixty days. It is also uncertain whether the Court has Petitioner's correct address information.

Petitioner is INFORMED that his delay in informing the Court of current address information constitutes a failure to comply with an order and rule of the Court pursuant to Local Rule 110. Petitioner is further INFORMED that unless Petitioner submits to the Court within fourteen (14) days his updated address information and an explanation for Petitioner's previous failure to provide the Court with an updated address, the petition will not be screened and will be dismissed for Petitioner's failure to prosecute and comply with the rules and orders of the Court.

Accordingly, it is ORDERED that Petitioner shall SUBMIT to the Court updated address information and an explanation for his

///

previous failure to inform the Court of his address no later than fourteen (14) days after the date of service of this order.

IT IS SO ORDERED.

Dated:     December 2, 2011                        /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE